MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,
APPELLEE, *v.* STARK ET AL., APPELLANTS.

[Cite as *Merrill Lynch, Pierce, Fenner & Smith,
Inc. v. Stark* (1992), 65 Ohio St.3d 312.]

(No. 91-2106—Submitted November 9, 1992—Decided December 14, 1992.)

---

*Kohrman, Jackson & Krantz, Byron S. Krantz* and *Joshua R. Cohen,* for appellee.

*Al Dahling,* for appellants.

---

This cause is affirmed on authority of *Sekeres v. Arbaugh* (1987), 31 Ohio St.3d 24, 31 OBR 75, 508 N.E.2d 941.

MOYER, C.J., SWEENEY, HOLMES and DOUGLAS, JJ., concur.

WRIGHT, H. BROWN and RESNICK, JJ., dissent.